IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SUSAN KITTLER**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-00197-BSM**

**LOIS SPENCER, individually,**
**and in her official capacity**                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE